# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**DAVID LENNOX,**
     Plaintiff,

v.                                      Case No. 5:24-cv-626-JA-PRL

**AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC.,**
     Defendant.

## ORDER

The Court has been advised by the parties that the above-styled action has been completely settled. (Joint Notice of Settlement, Doc. 14).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** on January 21, 2025.

                                                     JOHN ANTOON II
                                                     United States District Judge

Copies furnished to:
Counsel of Record